UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY MASON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>HARA NO SHITA DE HOLDINGS, INC. d/b/a UNDERBELLY; J M A N at the Q LP, DOES 1-10, INCLUSIVE,<br><br>　　　　　　　　　　Defendants. | Case No.: 18cv695-GPB(BLM)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**[Dkt. No. 2.]** |

　　Plaintiff Roy Mason, proceeding with counsel, filed a complaint alleging violations of the Americans with Disabilities Act ("ADA") and also filed a motion to proceed in forma pauperis. (Dkt. Nos. 1, 2.) Based on the reasoning below, the Court GRANTS Plaintiff's motion to proceed IFP.

　　All parties instituting any civil action, suit, or proceeding in a district court of the United States must pay a filing fee. See 28 U.S.C. § 1914(a). Under 28 U.S.C. § 1915(a), the Court may waive the filing fee if a party demonstrates an inability to pay by submitting an affidavit reporting all assets of the individual. 28 U.S.C. § 1915(a). The plaintiff must submit an affidavit demonstrating his inability to pay the filing fee, and the

affidavit must include a complete statement of the plaintiff's assets. 28 U.S.C. § 1915(a)(1).

Here, Plaintiff submitted a declaration reporting that he is currently unemployed, and he receives $867 a month from disability payments. (Dkt. No. 2 at 2.) Plaintiff declares he owns no assets. (<u>Id.</u> at 3.) His living expenses total $980 per month. In consideration of Plaintiff's application, the Court finds that Plaintiff has sufficiently demonstrated that he is unable to pay the required filing fee and meets the § 1915(a) requirements to proceed IFP. Therefore, the Court GRANTS Plaintiff's motion for leave to proceed IFP.

IT IS SO ORDERED.

Dated: April 11, 2018

Hon. Gonzalo P. Curiel
United States District Judge

2

18cv695-GPB(BLM)